

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Marquita A. Blake
3230 W Willard Street
Philadelphia, PA 19129
US

| | |
|---|---|
| Employee Number | ▮▮▮▮ |
| Department | OIT Ofc of Innovation and Tech |
| Location | 1234 Market St, 18th Fl |
| Payperiod Ending | 2026/05/10 |
| Date Payable | 2026/05/15 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 67.50 | 2,989.80 |
| Vacation | 7.50 | 332.19 |
| Imputed Income | 0.00 | 74.63 |
| Gross Current Earnings | | 3,396.62 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 428.56 | 4,422.17 |
| Social Security | 207.68 | 2,076.76 |
| Medicare | 48.57 | 485.69 |
| PA State Tax | 102.65 | 1,026.50 |
| Philadelphia | 127.03 | 1,270.30 |
| PA Unemployment | 2.35 | 23.41 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 38.00 | 380.00 |
| FSA HC | 15.00 | 150.00 |
| Plan Y5 | 188.69 | 1,886.90 |
| Flex Credit Pretax | -6.00 | -60.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,396.62 | 33,966.08 |
| Net Earnings | 2,052.30 | 20,386.43 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Critical Ill Ins | 28.56 | 285.60 |
| ADD Ins Supp | 3.49 | 34.90 |
| Life Ins Supp | 85.11 | 851.10 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 60.00 |
| Comp Time | 108.45 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 1,040.60 |
| Special Comp | 4.00 |
| Vacation | 535.00 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 1,886.90 | 50,244.98 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**CITY OF PHILADELPHIA**

### Payslip
#### Earnings and Deductions

Page 1

Marquita A. Blake
3230 W Willard Street
Philadelphia, PA 19129
US

| | |
|---|---|
| Employee Number | |
| Department | OIT Ofc of Innovation and Tech |
| Location | 1234 Market St, 18th Fl |
| Payperiod Ending | 2026/04/26 |
| Date Payable | 2026/05/01 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 60.00 | 2,657.60 |
| Certified Sick | 15.00 | 664.38 |
| Imputed Income | 0.00 | 74.63 |
| Gross Current Earnings | | 3,396.61 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 428.56 | 3,993.61 |
| Social Security | 207.68 | 1,869.08 |
| Medicare | 48.57 | 437.12 |
| PA State Tax | 102.65 | 923.85 |
| Philadelphia | 127.03 | 1,143.27 |
| PA Unemployment | 2.34 | 21.06 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 38.00 | 342.00 |
| FSA HC | 15.00 | 135.00 |
| Plan Y5 | 188.69 | 1,698.21 |
| Flex Credit Pretax | -6.00 | -54.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,396.61 | 30,569.46 |
| Net Earnings | 2,052.30 | 18,334.13 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Critical Ill Ins | 28.56 | 257.04 |
| ADD Ins Supp | 3.49 | 31.41 |
| Life Ins Supp | 85.11 | 765.99 |

### Accruals
Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 60.00 |
| Comp Time | 108.45 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 0.00 |
| Pandemic Leave | 225.00 |
| Parental Leave | 0.00 |
| Sick | 0.00 |
| Special Comp | 1,040.60 |
| Vacation | 4.00 |
| | 542.50 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 1,698.21 | 50,056.29 |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

 

# payslip2113911198.pdf



|  | | **Payslip** | | | | Page 1 |
|--|--|-----------|--|--|--|--------|
|  | | Earnings and Deductions | | | | |

**CITY OF PHILADELPHIA**

Marquita A. Blake
3230 W Willard Street
Philadelphia, PA 19129
US

| | |
|--|--|
| Employee Number | ▮▮▮ |
| Department | OIT Ofc of Innovation and Tech |
| Location | 1234 Market St, 18th Fl |
| Payperiod Ending | 2026/04/12 |
| Date Payable | 2026/04/17 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|------------------|-------|--------|
| Time Entry Wages | 45.00 | 1,993.20 |
| Certified Sick | 7.50 | 332.19 |
| Vacation | 15.00 | 664.38 |
| Holiday Cash | 7.50 | 332.19 |
| Imputed Income | 0.00 | 74.63 |
| **Gross Current Earnings** | | **3,396.59** |

| Taxes | Current | YTD |
|-------|---------|-----|
| Federal Tax | 445.63 | 3,565.05 |
| Social Security | 207.67 | 1,661.40 |
| Medicare | 48.56 | 388.55 |
| PA State Tax | 102.65 | 821.20 |
| Philadelphia | 127.03 | 1,016.24 |
| PA Unemployment | 2.34 | 18.72 |

| Retro Earnings | Hours | Amount |
|----------------|-------|--------|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|--------------------|---------|-----|
| Medical | 38.00 | 304.00 |
| FSA HC | 15.00 | 120.00 |
| Plan Y5 | 188.69 | 1,509.52 |
| Flex Credit Pretax | -6.00 | -48.00 |

| Total Earnings | Current | YTD |
|----------------|---------|-----|
| Gross Earnings | 3,396.59 | 27,172.85 |
| Net Earnings | 2,035.23 | 16,281.83 |

| Post Tax Deductions | Current | YTD |
|---------------------|---------|-----|
| Critical Ill Ins | 28.56 | 228.48 |
| ADD Ins Supp | 3.49 | 27.92 |
| Life Ins Supp | 85.11 | 680.88 |

| Accruals | Net Entitlement |
|----------|-----------------|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | Net Entitlement |
|--|-----------------|
| Admin Leave (Expires 30-Jun-2026) | 60.00 |
| Comp Time | 108.45 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 1,046.23 |
| Special Comp | 4.00 |
| Vacation | 526.88 |

| Pension Plan | YTD | LTD |
|--------------|-----|-----|
| Plan Y5 | 1,509.52 | 49,867.60 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

# payslip2106128099.pdf






**CITY OF PHILADELPHIA**

|  | **Payslip** | Page 1 |
|---|---|---|
|  | **Earnings and Deductions** |  |

Marquita A. Blake
3230 W Willard Street
Philadelphia, PA 19129
US

|  |  |
|---|---|
| Employee Number | ▉ |
| Department | OIT Ofc of Innovation and Tech |
| Location | 1234 Market St, 18th Fl |
| Payperiod Ending | 2026/03/29 |
| Date Payable | 2026/04/02 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.00 | 3,322.00 |
| Imputed Income | 0.00 | 74.63 |
| **Gross Current Earnings** |  | **3,396.63** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 445.64 | 3,119.42 |
| Social Security | 207.68 | 1,453.73 |
| Medicare | 48.57 | 339.99 |
| PA State Tax | 102.65 | 718.55 |
| Philadelphia | 127.03 | 889.21 |
| PA Unemployment | 2.34 | 16.38 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** |  |  |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 38.00 | 266.00 |
| FSA HC | 15.00 | 105.00 |
| Plan Y5 | 188.69 | 1,320.83 |
| Flex Credit Pretax | -6.00 | -42.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,396.63 | 23,776.26 |
| Net Earnings | 2,035.24 | 14,246.60 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Critical III Ins | 28.56 | 199.92 |
| ADD Ins Supp | 3.49 | 24.43 |
| Life Ins Supp | 85.11 | 595.77 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 60.00 |
| Comp Time | 108.45 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 1,053.73 |
| Special Comp | 4.00 |
| Vacation | 541.88 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 1,320.83 | 49,678.91 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**CITY OF PHILADELPHIA**

**Payslip**
Earnings and Deductions

Page 1

Marquita A. Blake
3230 W Willard Street
Philadelphia, PA 19129
US

| | |
|---|---|
| Employee Number | |
| Department | OIT Ofc of Innovation and Tech |
| Location | 1234 Market St, 18th Fl |
| Payperiod Ending | 2026/03/15 |
| Date Payable | 2026/03/20 |
| Payment Method | Pay Check |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.00 | 3,322.00 |
| Imputed Income | 0.00 | 74.63 |
| Gross Current Earnings | | 3,396.63 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 445.64 | 2,673.78 |
| Social Security | 207.67 | 1,246.05 |
| Medicare | 48.57 | 291.42 |
| PA State Tax | 102.65 | 615.90 |
| PA Unemployment | 2.34 | 14.04 |
| Philadelphia | 127.03 | 762.18 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 38.00 | 228.00 |
| FSA HC | 15.00 | 90.00 |
| Plan Y5 | 188.69 | 1,132.14 |
| Flex Credit Pretax | -6.00 | -36.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,396.63 | 20,379.63 |
| Net Earnings | 2,035.25 | 12,211.36 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| ADD Ins Supp | 3.49 | 20.94 |
| Critical Ill Ins | 28.56 | 171.36 |
| Life Ins Supp | 85.11 | 510.66 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 60.00 |
| Comp Time | 108.45 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 1,044.35 |
| Special Comp | 4.00 |
| Vacation | 526.25 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y5 | 1,132.14 | 49,490.22 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.