United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-12085-djb

Marquita A. Blake Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Oct 29, 2026 Form ID: 155 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquita A. Blake, 3230 W. Willard Street, Philadelphia, PA 19129-1213 |
| 15174546 | | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC., PO Box 661384, Dallas,TX 75266-1384 |
| 15142454 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15142459 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15142452 | | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2026 18:01:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 15143153 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:18 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15147672 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:38 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15142453 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2026 17:56:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15153370 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 17:56:39 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15146990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2026 18:06:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15142455 | + | Email/Text: mrdiscen@discover.com | Oct 29 2026 18:01:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15154731 | ^ | MEBN | Oct 29 2026 17:50:10 | FIRST FINANCIAL INVESTMENT FUND V, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15142456 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 29 2026 17:56:19 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15158525 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15142457 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15147885 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 17:56:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15142458 | ^ | MEBN | Oct 29 2026 17:50:11 | Law Offices of Hayt Hayt & Landau LLC, Po Box 500, Eatontown, NJ 07724-0500 |
| 15142461 | | Email/Text: EBN@Mohela.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 18:01:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15158012 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 18:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15142460 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 18:01:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15142462 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2026 18:01:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15153751 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2026 18:01:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15142463 | + | Email/Text: bankruptcy@petalcard.com | Oct 29 2026 18:01:00 | Petal Card 1/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15173984 | ^ | MEBN | Oct 29 2026 17:50:10 | Philadelphia Gas Works, 800 W Montgomery Ave, 3F, Phila Pa 19122-2898 |
| 15162837 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 18:01:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15166573 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 18:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15142464 | | Email/Text: bknotice@upgrade.com | Oct 29 2026 18:01:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15162616 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 17:56:22 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marquita A. Blake help@cibiklaw.com |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Marquita A. Blake | ) | Case No. 26−12085−djb |
| fka Marquita Anderson | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 15, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court